UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Kathleen M. Tafoya | Monique Wiles |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 10-cr-00008-REB | FTR KMT PM |
| January 6, 2010 | |
| UNITED STATES OF AMERICA | Kasandra Carleton for David Conner |
| v. | |
| PAUL PATRICK WALKER | Without Counsel |

---

## INITIAL APPEARANCE

Court in Session: 1:45 pm

Court calls case and appearance of counsel.

Jerald Mason is present from pretrial services.

The defendant is advised of rights, charges and possible penalties.

The defendant is requesting court appointed counsel.

Financial affidavit reviewed.

The court finds that the defendant qualifies for court appointed counsel.

The court appoints an attorney from the Office of the Federal Public Defender to represent the defendant.

Government is seeking detention.

**ORDERED:** Arraignment, Discovery and Detention set for January 11, 2010 at 10:30 am.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

Court in recess: 1:48 pm

total time: 3 minutes

Hearing concluded.