AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   10-cr-00008-REB |
| | ) | |
| PAUL PATRICK WALKER | ) | |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   PAUL PATRICK WALKER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Bank Robbery

in violation of Title 18, United State Code, Section 2113(a)

Date:   01/04/2010                                         s/T.Lee
                                                    *Issuing officer's signature*

City and state:   Denver, Colorado            Gregory C. Langham, Clerk, U.S. District Court
                                                    *Printed name and title*

### Return

This warrant was received on *(date)* 1-4-10, and the person was arrested on *(date)* 1-6-10
at *(city and state)* Denver CO

Date: 1-6-10

*Arresting officer's signature*

for Ralph Gallegos, RMSSTF
*Printed name and title*