IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00008-REB

UNITED STATES OF AMERICA,

    Plaintiff,
v.

1. PAUL PATRICK WALKER,

    Defendant.

---

## MINUTE ORDER[1]

---

    Due to a conflict arising on the court's calendar, the sentencing hearing previously set for May 7, 2010, at 1:30 p.m., is **VACATED** and is **RESET** to **May 14, 2010**, at 11:00 a.m. The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: February 25, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.